**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-00767-MSK

KENNETH WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on September 16, 2015, are incorporated herein by reference.  Consistent therewith it is

**ORDERED** that the Decision of the Commissioner is **REVERSED.**  This matter is **REMANDED**  for further reconsideration  by the administrative law judge in accordance with the oral findings of the Court.  Any request for costs or attorney fees shall be made within 30 days of the date of this judgment.

    Dated at Denver, Colorado this 17th day of September, 2015.

                                                   FOR THE COURT:
                                                 JEFFREY P. COLWELL, CLERK

                                                 s/Patricia Glover

                                               Patricia Glover
                                               Deputy Clerk